**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MIGUEL GARZA,

Petitioner - Appellant,

v.

SCOTT KERNAN and ATTORNEY
GENERAL STATE OF CALIFORNIA,

Respondents - Appellees.

No. 09-17517

D.C. No. 2:04-cv-00625-GEB-
JFM

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, District Judge, Presiding

Submitted February 15, 2011[**]

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Miguel Garza appeals from the district court's judgment denying his

28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253,

and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Garza contends the prosecutor's race-neutral explanation for excusing an African-American juror was in violation of *Batson v. Kentucky*, 476 U.S. 79 (1986).

The California Court of Appeal's determination that there was no *Batson* violation "was not an unreasonable determination of facts in light of the evidence presented in the State court proceeding." *See* 28 U.S.C. § 2254(d)(2). The question is not whether the prosecutor's stated race-neutral reason represents a sound strategic judgment, but "whether counsel's race-neutral explanation for a peremptory challenge should be believed." *Kesser v. Cambra*, 465 F.3d 351, 359 (9th Cir. 2006) (en banc); *see also Cook v. LaMarque*, 593 F.3d 810, 815 (9th Cir. 2010) (to show "purposeful discrimination at *Batson*'s third step" the petitioner must establish that "race was a substantial motivating factor").

We construe appellant's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22-1(e); *see also Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999) (per curiam).

**AFFIRMED.**

09-17517